Charles R. Jacob III (CJ-4143)
Haynee C. Kang (HK-9957)
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERWIN WAREHOUSE MANAGEMENT
LLC, as Program Administrator for and
Assignee of TERWIN MORTGAGE
WAREHOUSE TRUST II, SERIES XVI, and
TERWIN ADVISORS LLC,

                          Plaintiffs,

    -against-

SPECTRUM FINANCIAL GROUP, INC.,
JERRY CRAIG, SR. and
JERRY CRAIG, JR.,

                          Defendants.

---

JUDGE SWAIN

07 CIV. 5632

**Rule 7.1 Statement**



Pursuant to Fed. R. Civ. P. 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Terwin Warehouse Management LLC and Terwin Advisors LLC, nongovernmental corporate parties, certify that no publicly held corporation holds ten (10) percent or more of their stock.

Dated: June 13, 2007

                                        MILLER & WRUBEL P.C.

                                        By: _____
                                            Charles R. Jacob III (CJ-4143)
                                            Haynee C. Kang (HK-9957)
                                            250 Park Avenue
                                            New York, New York 10177
                                            (212) 336-3500
                                            Attorneys for Plaintiffs