**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TERWIN WAREHOUSE MANAGEMENT
LLC, as Program Administrator for and
Assignee of TERWIN MORTGAGE
WAREHOUSE TRUST II, SERIES XVI, and
TERWIN ADVISORS LLC,

                   Case No. 07 CIV 5632
                   (Judge Swain)

      Plaintiffs,

    -against-                   AFFIDAVIT OF SERVICE

SPECTRUM FINANCIAL GROUP, INC.,
JERRY CRAIGT, SR. and
JERRY CRAIG, JR.,

      Defendants.
----------------------------------------------------------------X
STATE OF ARIZONA    )
                  S.S.
COUNTY OF MARICOPA  )

        _Craig Lowe_____, being duly sworn, deposes and says that he/she is over eighteen years of age, is an agent of the attorney service, DLS, INC., and is not party to this action.

        That on the 18th day of June, 2007, at approximately the time of 3:30 PM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF JUDGE LAURA TAYLOR SWAIN; AND INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE MICHAEL H. DOLINGER upon SPECTRUM FINANCIAL GROUP, INC. at 7047 E. Greenway Parkway, Suite 400, Scottsdale, AZ, by personally delivering and leaving the same with CLAUDETTE CONNORS who informed deponent that she holds the position of Vice President with that company and is authorized by law to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

 

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

CLAUDETTE CONNORS is a  white  female, approximately  40  years of age, stands approximately  5  feet  7  inches tall, weighs approximately  155  pounds with  BRN  hair.

_____
PROCESS SERVER

Sworn to before me this
28th day of June, 2007

_____
NOTARY PUBLIC

JEFFREY EVERT
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 14, 2009

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com