UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN WAREHOUSE MANAGEMENT LLC, as Program Administrator for and Assignee of TERWIN MORTGAGE WAREHOUSE TRUST II, SERIES XVI, and TERWIN ADVISORS LLC,<br><br>Plaintiffs,<br><br>-against-<br><br>SPECTRUM FINANCIAL GROUP, INC., JERRY CRAIG, SR. and JERRY CRAIG, JR.,<br><br>Defendants. | 07 Civ. 5632 (LTS)<br>**ECF CASE**<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

MATTHEW LYDEN, being duly sworn, says:

1. I am over the age of 18 years and am not a party to this action. My business address is Miller & Wrubel P.C., 250 Park Avenue, New York, New York 10177.

2. On July 11, 2007, I served a copy of the Initial Conference Order, dated June 21, 2007, by depositing a true and correct copy of same into the custody of the United States Postal Service enclosed in a properly addressed postage prepaid envelope to and into the custody of Federal Express in a properly addressed prepaid envelope to:

>   Jerry Craig, Sr.
>   Spectrum Financial Group, Inc.
>   7047 E. Greenway Parkway
>   Suite 400
>   Scottsdale, AZ 85254
>
>   Jerry Craig, Jr.
>   Spectrum Financial Group, Inc.
>   7047 E. Greenway Parkway
>   Suite 400
>   Scottsdale, AZ 85254

Mark S. Sifferman, Esq.
Norling, Kolsrud, Sifferman & Davis, P.L.C.
16427 North Scottsdale Road, Suite 210
Scottsdale, AZ 85254

_____
MATTHEW LYDEN

Sworn to before me this
12th day of July 2007

_____
Notary Public

HELAINE E. FRASER
Notary Public, State of New York
No. 30-6386610
Qualified in Nassau County
Commission Expires Sept. 30, 20 **10**