Mark E. Klein (MK-5145)
Susan B. Ratner (SR-1446)
**INGRAM YUZEK GAINEN**
  **CARROLL & BERTOLOTTI, LLP**
250 Park Avenue
New York, New York  10177
Telephone:  (212) 907-9600
Facsimile:  (212) 907-9681
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| TERWIN WAREHOUSE MANAGEMENT LLC, as Program Administrator for and Assignee of TERWIN MORTGAGE WAREHOUSE TRUST II, SERIES XVI, and TERWIN ADVISORS LLC, : : : : | 07 Civ. 5632 (LTS) **DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT** |
| Plaintiffs, : | |
| -against- : | |
| SPECTRUM FINANCIAL GROUP, INC., JERRY CRAIG, SR. and JERRY CRAIG, JR., : : : | |
| Defendants. : | |

-----------------------------------------------------------------x

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant, Spectrum Financial Group, Inc., hereby certifies that there is no parent corporation or publicly-held corporation which owns 10% or more of its stock.

Dated: New York, New York
      August 6, 2007

                                       INGRAM YUZEK GAINEN CARROLL
                                       & BERTOLOTTI, LLP

                                By: _____
                                      Mark E. Klein (MK-5145)
                                      Susan B. Ratner (SR-1446)
                              250 Park Avenue
                              New York, New York 10177
                              (212) 907-9600

                              Attorneys for Defendants