UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN WAREHOUSE MANAGEMENT LLC, as Program Administrator for and Assignee of TERWIN MORTGAGE WAREHOUSE TRUST II, SERIES XVI, and TERWIN ADVISORS LLC,<br><br>      Plaintiffs,<br><br> -against-<br><br>SPECTRUM FINANCIAL GROUP, INC., JERRY CRAIG, SR. and JERRY CRAIG, JR.,<br><br>      Defendants. | 07 Civ. 5632 (LTS)<br>**ECF CASE**<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK )
          ) ss.:
COUNTY OF NEW YORK )

  HAYNEE KANG, being duly sworn, says:

  1. I am over the age of 18 years and am not a party to this action. My business address is Miller & Wrubel P.C., 250 Park Avenue, New York, New York 10177.

  2. On September 20, 2007, I served a copy of the Court's September 20, 2007 Order, adjourning the Initial Conference from September 25, 2007 to October 26, 2007, by Hand Delivery and Facsimile onto:

      Susan B. Ratner, Esq.
      Ingram Yuzek Gainen Carroll & Bertolotti, LLP
      250 Park Avenue
      6th Floor
      New York, New York 10177
      Fax: (212) 907-9681

          _____
            HAYNEE KANG

Sworn to before me this
20th day of September 2007

_____
Notary Public

GERI GOODWIN
Notary Public, State of New York
No. 01GO6038993
Qualified in Westchester County
Commission Expires March 20, 2010