Mark E. Klein (MK-5145)
**INGRAM YUZEK GAINEN
 CARROLL & BERTOLOTTI, LLP**
250 Park Avenue
New York, New York 10177
Telephone: (212) 907-9600
Facsimile: (212) 907-9681
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| TERWIN WAREHOUSE MANAGEMENT LLC, as Program Administrator for and Assignee of TERWIN MORTGAGE WAREHOUSE TRUST II, SERIES XVI, and TERWIN ADVISORS LLC, | : : : : | 07 Civ. 5632 (LTS) (MHD) **NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |
| Plaintiffs, -against- | : : | |
| SPECTRUM FINANCIAL GROUP, INC., JERRY CRAIG, SR. and JERRY CRAIG, JR., | : : | |
| Defendants. | : | |

------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the annexed affidavits of Jerry Craig, Sr., sworn to September 20, 2007, and Mark E. Klein, sworn to September 21, 2007, and all prior proceedings in this action, the undersigned will move this Court, before the Honorable Laura T. Swain, at the Courthouse, 500 Pearl Street, New York, New York 10007-1312, on October 10, 2007, at 9:30 a.m., or as soon thereafter as counsel can be heard, under Local Rule 1.4, for an order relieving it as counsel for defendants in this action, and for such other relief as the Court deems just and proper.

Dated: New York, New York
       September 24, 2007

250206_1/00714-098

INGRAM YUZEK GAINEN CARROLL &
BERTOLOTTI, LLP

By: _____
Mark E. Klein (MK-5145)
250 Park Avenue
New York, New York 10177
Telephone: (212) 907-9600
Facsimile: (212) 907-9681
Attorneys for Defendants