Mark E. Klein (MK-5145)
**INGRAM YUZEK GAINEN
 CARROLL & BERTOLOTTI, LLP**
250 Park Avenue
New York, New York 10177
Telephone: (212) 907-9600
Facsimile: (212) 907-9681
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
TERWIN WAREHOUSE MANAGEMENT         :
LLC, as Program Administrator for and Assignee :
of TERWIN MORTGAGE WAREHOUSE        :    07 Civ. 5632 (LTS) (MHD)
TRUST II, SERIES XVI, and TERWIN    :
ADVISORS LLC,                       :    **AFFIDAVIT OF
                                         JERRY CRAIG, SR.**
                                    :
                         Plaintiffs,
                                    :
      -against-
                                    :

SPECTRUM FINANCIAL GROUP, INC.,
JERRY CRAIG, SR. and JERRY CRAIG, JR.,  :

                         Defendants. X

STATE OF ARIZONA     )
                     ) ss.:
COUNTY OF            )

  JERRY CRAIG, SR., being duly sworn, deposes and says:

  1.   I am a defendant in this action individually, together with my son, Jerry Craig, Jr., and Spectrum Financial Group, Inc. ("Spectrum"), of which I am the sole director. Plaintiffs' claims against my son and me are based on our guaranties of certain of Spectrum's obligations to one of the plaintiffs and upon our alleged individual liability for a tort that plaintiffs allege that Spectrum committed.

  2.   I respectfully submit this affidavit under Rule 2 (D) of this Court's individual practices to confirm my consent, and that of Spectrum and of Jerry Craig, Jr., to the motion by

our counsel in this action, Ingram Yuzek Gainen Carroll & Bertolotti, LLP ("Ingram Yuzek), for permission to withdraw as counsel.

3. I have read the affidavit of Ingram Yuzek partner Mark E. Klein, sworn to September 20, 2007, that Ingram Yuzek will be submitting in support of the motion. I agree with its contents.

WHEREFORE, for the reasons stated above, I respectfully request that the Court grant this motion to allow Ingram Yuzek to withdraw as counsel for all defendants in this action.

JERRY CRAIG, SR.

Sworn to before me this
20 day of September 2007

Claudette A. Connors
Notary Public



NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
CLAUDETTE A. CONNORS
My Commission Expires 10/14/07

249877_1/00714-098

2