Mark E. Klein (MK-5145)
**INGRAM YUZEK GAINEN**
  **CARROLL & BERTOLOTTI, LLP**
250 Park Avenue
New York, New York 10177
Telephone: (212) 907-9600
Facsimile: (212) 907-9681
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| TERWIN WAREHOUSE MANAGEMENT LLC, as Program Administrator for and Assignee of TERWIN MORTGAGE WAREHOUSE TRUST II, SERIES XVI, and TERWIN ADVISORS LLC, | : : : : : | 07 Civ. 5632 (LTS) (MHD) **CERTIFICATION** |
| Plaintiffs, | : | |
| -against- | : | |
| SPECTRUM FINANCIAL GROUP, INC., JERRY CRAIG, SR. and JERRY CRAIG, JR., | : : | |
| Defendants. | : | |

------------------------------------------------------------x

   SUSAN B. RATNER, a member of the bar of this Court, certifies:

   1.   I served a copy of the attached order of this Court, dated October 15, 2007, upon the individual defendants, Jerry Craig, Sr. and Jerry Craig, Jr.:

      a.   on October 15, 2007, by emailing a copy to each at his e-mail address as follows:

         Jerry Craig, Sr.:
         jerrysr@sfgmortgage.com

         Jerry Craig, Jr.
         jcraig@spectrum-financial.com

251784_1/00714-098

      b.      on October 16, 2007, by mailing a copy to each at his business address as follows:

> Mr. Jerry Craig, Sr.
> Spectrum Financial Group Inc.
> 7047 East Greenway Parkway, Suite 400
> Scottsdale, AZ 85254
>
> Mr. Jerry Craig, Jr.
> Spectrum Financial Group Inc.
> 7047 East Greenway Parkway, Suite 400
> Scottsdale, AZ 85254

2.    To the best of my knowledge, information, and belief, the e-mail and business addresses above are current contact information for Jerry Craig, Sr. and Jerry Craig, Jr., and their business telephone number is: (480) 603-1639.

Dated: New York, New York
       October 22, 2007

                                                      _____
                                                      SUSAN B. RATNER (SR-1446)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

TERWIN WAREHOUSE MANAGEMENT
LLC, as Program Administrator for and
Asignee of TERWIN MORTGAGE WAREHOUSE
TRUST II, SERIES XVI, and TERWIN
ADVISORS LLC,

        Plaintiffs,

-v-

SPECTRUM FINANCIAL GROUP, INC.,
JERRY CRAIG, SR. and
JERRY CRAIG, JR.,

        Defendants.

-----------------------------------------------------------x

No. 07 Civ. 5632 (LTS)(MHD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 15 2007

### ORDER

The Court having reviewed thoroughly the submissions in support of and in opposition to the motion of Ingram Yuzek Carroll & Bretolotti, LLP ("IYGC&B") to withdraw as counsel for defendants in this action, it is hereby

ORDERED, that IYGC&B's motion is granted with respect to the individual defendants Jerry Craig, Sr. and Jerry Craig Jr., effective upon IYGC&B's filing of a certificate confirming their service of a copy of this order upon each individual defendant. The certificate must include current contact information for each of the individual defendants. It is further

ORDERED, that the individual defendants shall promptly appear in this action pro se or by new counsel, and that they shall participate in consultations and in the preparation of the joint Preliminary Pretrial Statement in advance of the October 26, 2007, conference as required by this Court's June 21, 2007, Initial Conference Order. It is further

ORDERED, that IYGC&B's motion is denied as to the corporate defendant, Spectrum Financial Group, Inc., without prejudice to renewal upon a showing that the Bankruptcy Court has granted relief from the automatic stay to permit the application for withdrawal as counsel of record, or has determined that the automatic stay is inapplicable to the motion.

The Clerk of Court is respectfully requested to terminate the motion (Docket Entry No. 16).

Dated: New York, New York
      October 15, 2007

LAURA TAYLOR SWAIN
United States District Judge