UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERWIN WAREHOUSE MANAGEMENT
LLC, as Program Administrator for and
Assignee of TERWIN MORTGAGE
WAREHOUSE TRUST II, SERIES XVI, and
TERWIN ADVISORS LLC,

           Plaintiffs,

-against-

SPECTRUM FINANCIAL GROUP, INC.,
JERRY CRAIG, SR. and
JERRY CRAIG, JR.,

           Defendants.

07 Civ. 5632 (LTS)

**ORDER TO SHOW CAUSE**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 0 1 2007

Upon the annexed Declaration of Charles R. Jacob III, dated October 31, 2007, and the exhibits annexed thereto, and sufficient cause appearing, it is hereby:

ORDERED, that Defendants Jerry Craig, Sr. and Jerry Craig, Jr. (collectively, the "Individual Defendants") show cause before this Court in Courtroom No. 17C, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, on the 19th day of November 2007 at 3 o'clock in the afternoon of that day, or as soon thereafter as counsel can be heard, why an order should not be issued pursuant to Fed. R. Civ. P. 37(b)(2)(B), (C) and the Court's Initial Conference Order, dated June 20, 2007, precluding evidence and defenses of the Individual Defendants with respect to the Fourth, Fifth and Sixth Causes of Action of Plaintiff's Complaint, dated June 13, 2007; and it is further

ORDERED that service by Federal Express on each of the Individual Defendants, of a copy of this order and the papers upon which it is based on or before November 5, 2007 at 7047 East Greenway Parkway, Suite 400, Scottsdale, Arizona 85254, be deemed good and sufficient notice of this application and Order; and it is further

ORDERED that answering papers, if any, are to be filed with the Court (with a courtesy copy for chambers) and served so as to be received by plaintiffs' counsel, Miller & Wrubel P.C., 250 Park Avenue, New York, New York 10177, (f) (212) 336-3555 on or before 5:00 p.m. on November 15, 2007.

Dated: New York, New York
       November 1, 2007

_____
United States District Judge