# EXHIBIT 6

# MILLER & WRUBEL P.C.
ATTORNEYS
250 PARK AVENUE
NEW YORK, NEW YORK 10177-0699
(212) 336-3500

**WRITER'S DIRECT NUMBER**
(212) 336-3507
E-mail
hkang@mw-law.com

**FACSIMILE**
(212) 336-3555

October 16, 2007

*BY FACSIMILE*
*& FEDERAL EXPRESS*

Jerry Craig, Sr.
Jerry Craig, Jr.
Spectrum Financial Group, Inc.
7047 E. Greenway Parkway
Suite 400
Scottsdale, AZ 85254

Re: <u>Terwin Warehouse Management LLC et. al. v. Spectrum Financial Group, Inc. et. al. 07-CIV-4831 (LTS)</u>

Dear Messrs. Craig, Sr. and Craig, Jr.:

Please find enclosed copies of the Initial Conference Order, the Court's September 20 and October 15, 2007 Orders and a draft of the Preliminary Pre-Trial Statement.

Pursuant to the Initial Conference Order and the Court's September 20 and October 15, 2007 Orders, you are required to appear by new counsel or pro se and to participate in consultations and in the preparation of the Joint Preliminary Pre-Trial Statement in advance of the October 26, 2007 conference.

We demand that you provide us with your comments, additions and/or revisions to the draft Preliminary Pre-Trial Statement prior to Friday, October 19, 2007.

Yours very truly,

*Haynee Kang*
Haynee C. Kang

Encls.