UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERWIN WAREHOUSE MANAGEMENT LLC, as Program Administrator for and Assignee of TERWIN MORTGAGE WAREHOUSE TRUST II, SERIES XVI, and TERWIN ADVISORS LLC,

                Plaintiffs,

-against-

SPECTRUM FINANCIAL GROUP, INC., JERRY CRAIG, SR. and JERRY CRAIG, JR.,

                Defendants.

07 Civ. 5632 (LTS)
**ECF CASE**

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK  )

        HAYNEE KANG, being duly sworn, says:

        1. I am over the age of 18 years and am not a party to this action. My business address is Miller & Wrubel P.C., 250 Park Avenue, New York, New York 10177.

        2. On November 2, 2007, I served a copies of the Order to Show Cause, dated and entered on November 1, 2007, and the Declaration of Charles R. Jacob III in Support of Order to Show Cause to Preclude Evidence and Defenses, executed on October 31, 2007, by Priority Federal Express, First Class Mail and Facsimile onto:

                Jerry Craig, Sr.
                Jerry Craig, Jr.
                7047 E. Greenway Parkway, Suite 400
                Scottsdale, Arizona 85254
                Facsimile: (480) 603-1700

                                                  *Haynee Kang*
                                                  HAYNEE KANG

Sworn to before me this
20th day of November 2007

*[signature]*
Notary Public

LAUREN T. PIECHOCKI
Notary Public, State of New York
No. 01PI6157562
Qualified in New York County
Commission expires Dec. 11, 2010