USDC SDNY
DOCUMENT Swain, S
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 1 2 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERWIN WAREHOUSE MANAGEMENT LLC, as Program Administrator for and Assignee of TERWIN MORTGAGE WAREHOUSE TRUST II, SERIES XVI, and TERWIN ADVISORS LLC,

    Plaintiffs,

-against-

SPECTRUM FINANCIAL GROUP, INC., JERRY CRAIG, SR. and JERRY CRAIG, JR.,

    Defendants.

07 Civ. 5632 (LTS)

**ORDER TO SHOW CAUSE**

Upon the annexed Declaration of Charles R. Jacob III, dated December 10, 2007, and the exhibits annexed thereto, the Declaration of Barbara Chell, dated December 5, 2007, and the exhibits annexed thereto, the Rule 56.1 Statement in Support of Motion for Summary Judgment Against Jerry Craig, Sr. and Jerry Craig, Jr., dated December 7, 2007, and Plaintiffs' Memorandum of Law in Support of Motion for Summary Judgment Against Defendants Jerry Craig, Sr. and Jerry Craig, Jr., dated December 7, 2007 and sufficient cause appearing, it is hereby:

ORDERED, that Defendants Jerry Craig, Sr. and Jerry Craig, Jr. (collectively, the "Craigs") show cause before this Court in Courtroom No. 17C, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, on the 18th day of ~~December 2007~~ January 2008 at 4:00 PM o'clock of that day, or as soon thereafter as counsel can be heard, why an order should not be issued pursuant to Fed. R. Civ. P. 56 granting summary judgment:

 (1) against Craig Sr., and in favor of TWM, on TWM's claim on the Craig Sr. Guaranty (Fourth Cause of Action) for unpaid margin deficit in the amount of $262,699.93, plus interest, in the amount of $64.78 *per diem*, from June 1, 2007 to the date of judgment;

 (2) against Craig, Jr., and in favor of TWM, on TWM's claim on the Craig Jr. Guaranty (Fifth Cause of Action) for unpaid margin deficit in the amount of $262,699.93, plus interest, in the amount of $64.78 *per diem*, from June 1, 2007 to the date of judgment; and

 (3) against Craig Sr. and Craig Jr., jointly and severally, and in favor of TA, for conversion of payments-in-full on two mortgage loans owned by TA (Sixth Cause of Action) in the amount of $1,222,129.01, plus interest, in the amount of $301.35 *per diem*, from April 30, 2007 to the date of judgment.

ORDERED that service of a copy of this order and supporting papers: (1) by overnight delivery by Federal Express on Jerry Craig, Sr. at his last known address (7620 E. Ann Way, Scottsdale, Arizona 85260); and (b) by overnight delivery by Federal Express on Jerry Craig, Jr. at his last known address (16448 N. 51st Street, Scottsdale, Arizona 85254), on or before 5:00 p.m. on December 14, 2007, shall be deemed good and sufficient service thereof; and it is further

ORDERED that answering papers, if any, are to be served so as to be received by plaintiffs' counsel, Miller & Wrubel P.C., 250 Park Avenue, New York, New York 10177, (f) (212) 336-3555 on or before 5:00 p.m. on January 4, 2008.

[handwritten margin note: filed with the Court (with a courtesy copy for Chambers) and]

2

Dated: New York, New York
      December 11, 2007

                                                United States District Judge