# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN WAREHOUSE MANAGEMENT LLC, as Program Administrator for and Assignee of TERWIN MORTGAGE WAREHOUSE TRUST II, SERIES XVI, and TERWIN ADVISORS LLC, <br><br> Plaintiffs, <br><br> -against- <br><br> SPECTRUM FINANCIAL GROUP, INC., JERRY CRAIG, SR. and JERRY CRAIG, JR., <br><br> Defendants. | 07 Civ. 5632 (LTS) <br> ECF CASE <br><br> **PROPOSED ORDER** |

Upon reading and filing the Declaration of Charles R. Jacob III, dated December 7, 2007, and the exhibits thereto, the Declaration of Barbara Chell, dated December 5, 2007, and the exhibits thereto, the Rule 56.1 Statement in Support of Motion for Summary Judgment Against Jerry Craig, Sr. and Jerry Craig Jr, dated December 7, 2007, and Plaintiffs' Memorandum of Law in Support of Motion for Summary Judgment Against Defendants Jerry Craig, Sr. ("Craig Sr.") and Jerry Craig, Jr. ("Craig Jr."), dated December 7, 2007;

NOW upon motion of Miller & Wrubel P.C., attorneys for plaintiffs Terwin Warehouse Management LLC ("TWM") and Terwin Advisors LLC ("TA"), for an order pursuant to Fed. R. Civ. P. 56 for an order granting summary judgment on the Fourth, Fifth and Sixth Causes of Action of plaintiffs' Complaint, dated June 13, 2007, it is hereby:

ORDERED, ADJUDGED, and DECREED that pursuant to Fed. R. Civ. P. 56, summary judgment is granted:

(1) against Craig Sr., and in favor of TWM, on TWM's claim on the Craig Sr. Guaranty (Fourth Cause of Action) for unpaid margin deficit in the amount of $262,699.93 plus interest at $64.78 *per diem* from June 1, 2007 to _____, 2008, amounting to $_____;

(2) against Craig, Jr., and in favor of TWM, on TWM's claim on the Craig Jr. Guaranty (Fifth Cause of Action) for unpaid margin deficit in the amount of $262,699.93 plus interest at $64.78 *per diem*, from June 1, 2007 to _____, 2008, amounting to $_____; and

(3) against Craig Sr. and Craig Jr., jointly and severally, and in favor of TA, for conversion of payments-in-full on two mortgage loans owned by TA (Sixth Cause of Action) in the amount of $1,222,129.01 plus interest at $301.35 *per diem* from April 30, 2007 to _____, 2008, amounting to $_____.

SO ORDERED.

Dated: New York, New York
      January \_\_, 2008

_____
United States District Judge