# EXHIBIT F

Brian Walton
SPECTRUM FINANCIAL GROUP
7047 EAST GREENWAY PARKWAY, SUITE 400
SCOTTSDALE, AZ 85254
PHONE #(480) 603-2742
FAX #(480) 603-2815





| To: | Jawada | From: | Brian |
|---|---|---|---|
| Fax: | 720-241-7536 | Pages: | |
| Phone: | | Date: | 4/30/2007 |
| Re: | | CC: | |

☒ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

Faxing you the payment history for loan #
10610552 & 10610551

Accounts were paid in full to Spectrum Financial Group.

Thank You

Brian (Loan Servicing)

```
***********************
***  ERROR TX REPORT  ***
***********************

TX FUNCTION WAS NOT COMPLETED

TX/RX NO            0481
CONNECTION TEL                      17202417536
CONNECTION ID
ST. TIME            04/30 12:24
USAGE T             00'00
PGS. SENT           0
RESULT              NG           #0018 BUSY/NO SIGNAL
```

04/30/2007 12:09 FAX 4806032815   SPECTRUM                              ☒001

```
***********************
***  ERROR TX REPORT  ***
***********************

TX FUNCTION WAS NOT COMPLETED

TX/RX NO            0480
CONNECTION TEL                      17202417536
CONNECTION ID
ST. TIME            04/30 12:09
USAGE T             00'00
PGS. SENT           0
RESULT              NG           #0018 BUSY/NO SIGNAL
```

Brian Walton
SPECTRUM FINANCIAL GROUP
7047 EAST GREENWAY PARKWAY, SUITE 400
SCOTTSDALE, AZ 85254
PHONE #(480) 603-2742
FAX #(480) 603-2815



SPECTRUM FINANCIAL GROUP

# Fax



| To: | Jawada | From: | Brian |
|---|---|---|---|
| Fax: | 720-241-7536 | Pages: | |
| Phone: | | Date: | 4/30/2007 |
| Re: | | CC: | |

☒ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

```
***************************
***   ERROR TX REPORT   ***
***************************

TX FUNCTION WAS NOT COMPLETED

TX/RX NO            0482
CONNECTION TEL              17202417536
CONNECTION ID
ST. TIME            04/30 12:25
USAGE T             00'00
PGS. SENT           0
RESULT              NG          #0018 BUSY/NO SIGNAL
```

Brian Walton
SPECTRUM FINANCIAL GROUP
7047 EAST GREENWAY PARKWAY, SUITE 400
SCOTTSDALE, AZ 85254
PHONE #(480) 603-2742
FAX #(480) 603-2815



# Fax

| | | | |
|---|---|---|---|
| **To:** Jawada | | **From:** Brian | |
| **Fax:** 720-241-7536 | | **Pages:** | |
| **Phone:** | | **Date:** 4/30/2007 | |
| **Re:** | | **CC:** | |

☑ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

● Comments:

Faxing you the payment history for loan #
10610552 & 10610551

Accounts were paid in full to Spectrum Financial Group.

Thank You

Brian (Loan Servicing)

Printed: 04/30/2007
11:58:04 am
Brian Walton

Page: 1

# Account Balance Report

**Borrower: Cardwell, R.**
**Loan #: 10610551**          Note Loan Amt: $997,050.00          Int Rate: 7.500%

| Transaction Code / Desc | Type | Date Paid | Date Due | Check Amount | Check Number | Payee/Payor | To Interest | To Impounds | Buydown Amount | Late Pay Amt | Misc Amount | VAFF MIP/MI | Principal | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Funded | | 01/24/2007 | | | | | 0.00 | 890.49 | 0.00 | 0.00 | 0.00 | 0.00 | 997,050.00 | 997,050.00 |
| Sold To The Winter Group | | 02/28/2007 | | | | | 0.00 | (1,471.12) | 0.00 | 0.00 | 0.00 | 0.00 | (997,050.00) | 0.00 |
| 150045 Normal Payment | P | 03/14/2007 | 03/01/2007 | 9,239.64 | 95747 | Sfg | 8,659.01 | 580.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | (9,239.64) | | | 8,659.01 | 0.00 | | | | | | |

Del Mar DataTrac Inc.

Printed: 04/30/2007
11:56:12 am
Brian Wallon

Page: 1

# Account Balance Report

Borrower: Cardwell, R.

Loan #: 1061055    Note Loan Amt: $200,000.00    Int Rate: 12.000%

| Transaction Code / Desc | Type | Date Paid | Date Due | Check Amount / Number | Payee/Payor | To Interest | To Impounds | Buydown Amount | Late Pay Amt | Misc Amount | VAFF MIP/MI | Principal | Running Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Funded | | 01/24/2007 | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200,000.00 | 200,000.00 |
| Sold To The Winter Group | | 03/05/2007 | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 ( | 199,942.78) | 57.22 |
| 150015  Normal Payment | P | 03/14/2007 | 03/01/2007 | 2,983.39  95748 | Sig | 2,926.17 | 0.00 | 0.00 | 0.00 | 0.00 ( | -0.00 ( | 57.22) | 0.00 |
| | | | | ( 2,983.39) | | 2,928.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

Del Mar DataTrac Inc.