# EXHIBIT G



## TERWIN ADVISORS LLC

June 4, 2007

Norling, Kolsrud, Sifferman & Davis, P.L.C.
16427 North Scottsdale Road, Suite 210
Scottsdale, AZ 85254
Tel: 480-505-0015
Fax: 480-505-0025
Attn: Mark S. Sifferman

Spectrum Financial Group (d.b.a. SFG Mortgages)
7047 E. Greenway Parkway, Suite 400
Scottsdale, AZ 85254
Attn:   Jerry E. Craig

      Re:    **PIF Money Demand**

Ladies and Gentlemen:

      Reference is made to the Seller's Purchase, Warranties and Interim Servicing Agreement, dated as of January 10, 2005, as amended (the "Purchase Agreement"), by and between Spectrum Financial Group dba SFG Mortgages (the "Seller") and Terwin Advisors LLC (the "Purchaser"). All capitalized terms used but not defined herein shall have the meanings set forth in the Purchase Agreement.

      The Purchaser purchased the mortgage loans described on Exhibit A attached hereto (the "Mortgage Loans") from the Seller pursuant to the Purchase Agreement. These Mortgage Loans have since paid in full and Seller has received the paid in full amounts on these Mortgage Loans, which may include any prepayment penalties ("Paid in Full Funds"), but Seller has failed to forward the Paid in Full Funds to Purchaser. Purchaser estimates that the Paid in Full Funds equal at least $1,222,129.01, provided, that this is only an estimation of the funds due as Purchaser does not have the necessary accounting information. Purchaser is entitled to all funds received on these Mortgage Loans after the Cut-off Date. On numerous occasions, the Purchaser has requested from the Seller the Paid in Full Funds, along with any accompanying accounting and reconciliation information. Despite these requests, Seller has failed to provide the Paid in Full Funds to the Purchaser in direct violation of the Purchase Agreement (including Sections 2.02 and 7.01).

      We have exhausted all reasonable measures to resolve this matter and can no longer continue to wait for the Seller to honor its obligations under the Purchase Agreement. Accordingly, the Purchaser hereby demands that the Seller immediately pay to the Purchaser at least the amount of $1,222,129.01, or such other greater amount that makes up the Paid in Full Funds, along with any prepayment penalties and all necessary accompanying accounting and reconciliation information. Further, Purchaser reserves the right to seek any additional amounts that might make up the full Paid in Full Funds from Seller upon receipt of the necessary accounting information. If the Seller fails to pay in full $1,222,129.01, or such other greater amount that makes up the Paid in Full Funds, to the Purchaser by the end of business on June 5, 2007, the Purchaser will commence and pursue legal action against the Seller, including, but not limited to, specific performance and injunctive relief.

      This letter is without prejudice to all rights and remedies the Purchaser might otherwise have under the Purchase Agreement or applicable laws and regulations, and should not be construed as a waiver of



## TERWIN ADVISORS LLC

the same. The Purchaser hereby expressly reserves all of the rights and remedies available to it under the Purchase Agreement and applicable laws and regulations.

Thank you for your prompt attention and cooperation in this matter.

Sincerely,

Jeanne Haney
Legal Department

THE WINTER GROUP · 45 ROCKEFELLER PLAZA · SUITE 420 · NEW YORK · NEW YORK 10111   TEL 212-218-5800   TOLL FREE 888-WINTER-0   FAX 212-218-5825   URL WWW.THEWINTERGRP.COM



## TERWIN ADVISORS LLC

## EXHIBIT A

| loan_no | cust_loan_id | svc_loan_id | bor_name_last |
|---|---|---|---|
| 100078791 | 10610552 | 1002677720 | CARDWELL |
| 100082377 | 10610551 | 1002671784 | CARDWELL |

THE WINTER GROUP · 45 ROCKEFELLER PLAZA · SUITE 420 · NEW YORK · NEW YORK 10111   TEL 212-218-5800   TOLL FREE 888-WINTER-0   FAX 212-218-5825   URL WWW.THEWINTERGRP.COM