UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERWIN WAREHOUSE MANAGEMENT LLC, as Program Administrator for and Assignee of TERWIN MORTGAGE WAREHOUSE TRUST II, SERIES XVI, and TERWIN ADVISORS LLC,

                  Plaintiffs,

-against-

SPECTRUM FINANCIAL GROUP, INC., JERRY CRAIG, SR. and JERRY CRAIG, JR.,

                  Defendants.

07 Civ. 5632 (LTS)
ECF CASE

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK  )

      VICTOR PRATTS, being duly sworn, says:

      1. I am over the age of 18 years and am not a party to this action. My business address is Miller & Wrubel P.C., 250 Park Avenue, New York, New York 10177.

      2. On December 11, 2007, I served the Court's December 11, 2007 Order to Show Cause; Rule 56.1 Statement in Support of Motion for Summary Judgment Against Jerry Craig, Sr. and Jerry Craig, Jr., dated December 7, 2007; the Declaration of Barbara Chell in Support of Motion for Summary Judgment Against Jerry Craig, Sr. and Jerry Craig, Jr., dated December 5, 2007; the Declaration of Charles R. Jacob III in Support of Motion for Summary Judgment, by Order to Show Cause, Against Jerry Craig, Sr. and Jerry Craig, Jr., dated December 10, 2007; Plaintiffs' Memorandum of Law in Support of Motion for Summary Judgment Against Defendants Jerry Craig, Sr. and Jerry Craig, Jr., dated December 7, 2007; the Notice Pursuant to Local Rule 56.2 of the United States District Court for the Southern District of New York with attached copies of Federal Rule of Civil Procedure Rule 56, Local Civil Rule 56.1 and the Court's November 20, 2007 Order by overnight delivery by Federal Express onto:

Jerry Craig, Sr.
7620 E. Ann Way
Scottsdale, Arizona 85260

Jerry Craig, Jr.
16448 N. 51st Street
Scottsdale, Arizona 85254

_____
VICTOR PRATTS

Sworn to before me this
12th day of December 2007

_____
Notary Public

HELAINE E. FRASER
Notary Public, State of New York
No. 30-6386610
Qualified in Nassau County
Commission Expires Sept. 30, 20 _10_