USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TERWIN WAREHOUSE MANAGEMENT LLC, as Program Administrator for and Assignee of TERWIN MORTGAGE WAREHOUSE TRUST II, SERIES XVI, and TERWIN ADVISORS LLC,
Plaintiffs,

-against-

SPECTRUM FINANCIAL GROUP, INC., JERRY CRAIG, SR. and JERRY CRAIG, JR.,
Defendants.
-----------------------------------------------------------X

07 CIVIL 5632 (LTS)

Rule 54(b)
**JUDGMENT**

# 08,0135

Plaintiffs having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Laura T. Swain, United States District Judge, and the Court, on January 22, 2008, having rendered its Order that there is no just reason for delay pursuant to Fed. R. Civ. P. 54(b) in entry of judgment against Craig Sr. and Craig Jr. on plaintiffs' Fourth, Fifth and Sixth Causes of Action, and granting summary judgment in favor of plaintiff Terwin Warehouse Management LLC and against defendants Jerry Craig, Sr. And Jerry Craig Jr., jointly and severally, on said plaintiff's Fourth Cause of Action and Fifth Cause of Action, in the total amount of $262,699.93, plus interest, in the amount of $64.78 per diem, from June 1, 2007 to the date of judgment; and in favor plaintiff Terwin Warehouse Management LLC and against defendants Jerry Craig, Sr. And Jerry Craig Jr., jointly and severally, on said plaintiff's Sixth Cause of Action, in the total amount of $1,222,129.01, plus interest, in the amount of $301.35 per diem, from April 30, 2007 to the date of judgment, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated January 22, 2008, there is no just reason for delay pursuant to Fed. R. Civ. P. 54(b) in entry of judgment against Craig Sr. and Craig Jr. on plaintiffs' Fourth, Fifth and Sixth Causes of Action; summary judgment is granted in favor of plaintiff Terwin Warehouse Management LLC and against defendants Jerry Craig, Sr. And Jerry Craig Jr., jointly and severally, on said plaintiff's Fourth Cause of Action and Fifth Cause of Action, in the total amount of $262,699.93, plus interest, in the amount of $64.78 per diem, from June 1, 2007 to the date of judgment for a total sum of $278,376.69; and in favor plaintiff Terwin Warehouse Management LLC and against defendants Jerry Craig, Sr. And Jerry Craig Jr., jointly and severally, on said plaintiff's Sixth Cause of Action, in the total amount of $1,222,129.01, plus interest, in the amount of $301.35 per diem, from April 30, 2007 to the date of judgment for a total sum of $1,304,698.91.

**Dated:** New York, New York
January 28, 2008

**J. MICHAEL McMAHON**

**Clerk of Court**

**BY:** ______________

**Deputy Clerk**

**THIS DOCUMENT WAS ENTERED ON THE DOCKET ON __________**